RECEIVED
IN MONROE, LA

MAR 2 7 2006


ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| FRANKLIN RICE | CIVIL ACTION NO. 05-1112-M |
| VS. | JUDGE JAMES |
| WARDEN CLOVIS TILLERY ET AL. | MAGISTRATE JUDGE HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED** that the defendants' Motion to Dismiss be **GRANTED** and that the plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 27 day of March, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE